The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:17-mc-00042-RSL |
| Plaintiff, | (2:99-CR-0001-1) |
| vs. | **Order Terminating Garnishment Proceeding** |
| MICHAEL LEWIS KELLY, | |
| Defendant/Judgment Debtor, | |
| and | |
| SEGOVIA PRODUCE LIMITED, | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(C).

IT IS ORDERED that the garnishment is terminated, the Garnishee Segovia Produce Limited (Segovia) shall return to Defendant/Judgment Debtor Michael Lewis Kelly all property it has withheld pursuant to this

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Michael Lewis Kelly and Segovia Produce Limited,* USDC#: 2:17-MC-00042-RSL/2:99-CR-0001-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

garnishment, and that Segovia is relieved of further responsibility pursuant to this garnishment.

Dated this 19th day of May, 2017.

*ROBERT S. LASNIK*
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Michael Lewis Kelly and Segovia Produce Limited,* **USDC#: 2:17-MC-00042-RSL/2:99-CR-0001-1**) **- 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970